IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMAR ANDERSON,

    Plaintiff,

  v.

Case No.  20-cv-901-bbc

SUE NOVAK, T. ANDERSON,
SGT. ROHWER, ANTONIO RICKERT,
LUCAS WEBER, LUCINDA BUCHANAN
AND R.N. VALARIUS,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/5/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |